**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ISABEL LOPEZ-RAMIREZ; DUBIA MARIBEL MARTINEZ LOPEZ, | No. 10-72845 |
| Petitioners, | Agency Nos. A070-933-788 |
| | A079-525-727 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 19, 2012**

Before:    GOODWIN, WALLACE, and FISHER, Circuit Judges.

Isabel Lopez-Ramirez and Dubia Maribel Martinez Lopez, natives and

citizens of Guatemala, petition for review of a Board of Immigration Appeals'

order dismissing their appeal from an immigration judge's decision denying their

---

*    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

**    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

application for asylum. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Gu v. Holder*, 454 F.3d 1014, 1018 (9th Cir. 2006), and we deny the petition for review.

Contrary to Lopez-Ramirez's contention, substantial evidence supports the agency's finding that the incident in which she was hit on the head with a gun did not rise to the level of persecution. *See id.* at 1020. Substantial evidence also supports the agency's determination that Lopez-Ramirez failed to establish a nexus between her past experiences, or her fear of future harm, and a protected ground. *See Sangha v. INS*, 103 F.3d 1482, 1489-91 (9th Cir. 1997) (no evidence petitioner was persecuted on account of an actual or imputed political opinion). Lopez-Ramirez's fear of future persecution is also undermined by her return trip to Guatemala. *See Hakeem v. INS*, 273 F.3d 812, 816 (9th Cir. 2001) (claim of persecution upon return is undermined when petitioner has returned to native country without incident). Accordingly, Lopez-Ramirez's asylum claim fails.

**PETITION FOR REVIEW DENIED.**